**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 425 EAL 2014
                                                          :
                        Petitioner     : Petition for Allowance of Appeal from the
                                                          : Order of the Superior Court
                                                          :
          v.                  :
                                                          :
                                                          :
                                                          :
CHAD RANNELS,               :
                                                          :
                 Respondent   :


## ORDER


**PER CURIAM**

      **AND NOW**, this 14th day of January, 2015, the Petition for Allowance of Appeal

is **DENIED**.